UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK PANDOLFO**, *et al.*,<br><br>            Plaintiffs,<br><br>       Vs.<br><br>**MCKESSON CORPORATION**, *et al.*,<br><br>            Defendants. | Case No.: 13-cv-03100-YGR<br><br>**ORDER TERMINATING MOTION TO REMAND WITHOUT PREJUDICE IN LIGHT OF STAY** |

This action has been conditionally transferred to the Eastern District of Pennsylvania for coordination and consolidation with *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1871. On July 12, 2013, the Court entered an Order Granting Motion to Stay in light of the Conditional Transfer Order (CTO-172). (Dkt. No. 12.) Plaintiffs thereafter filed a Motion to Remand. (Dkt. No. 13.)

In light of the Order Granting Motion to Stay, the Court hereby **TERMINATES WITHOUT PREJUDICE** Plaintiffs' Motion to Remand. The motion may be re-filed and re-noticed for hearing upon an order lifting or dissolving the stay in this action.

This Order terminates Dkt. No. 13.

**IT IS SO ORDERED**.

Dated: July 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**